No. 86–1472.   RABIDUE v. OSCEOLA REFINING CO., A DIVISION OF TEXAS-AMERICAN PETROCHEMICALS, INC.   C. A. 6th Cir. Motion of Michigan Trial Lawyers Association for leave to file

a brief as *amicus curiae* granted. Certiorari denied.